April 7, 2015

RE: CAUSE #8,044 - APPEAL

AS PER OUR TELEPHONE CONVERSATION ON APRIL 07, 2015. PLEASE CONSIDER
THIS MY FORMAL REQUEST FOR PERMISSION TO FILE APPEAL IN PAPER FORM. E-
FILING IN PROCESS BUT NOT MANDATED UNTIL JULY 2016.
THANK YOU FOR YOUR CONSIDERATION.

SYLVIA SANTOS, CHIEF DEPUTY CLERK

